## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VANESSA A. HILL, | ) | |
| 2966 2ND St., S.E., #21 | ) | |

VANESSA A. HILL,                              )
2966 2ND St., S.E., #21                        )
Washington, DC 20032                          )
                                              )
        Plaintiff,                            )
                                              )
v.                                            )    Case No. _____
                                              )    Formerly Case No. 2023-CAB-003479
XTREME SOLUTIONS, INC.,                       )    Superior Court for the
2859 Paces Ferry Rd S.E., STE 1100            )    District of Columbia
Atlanta, GA 30339,                            )
                                              )
        Defendant.                            )

## NOTICE OF REMOVAL

Defendant, Xtreme Solutions, Inc. ("XSI" or "Defendant"), by and through its undersigned attorneys, KIERNAN TREBACH LLP, and pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446, hereby removes the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claims

1.      On or about June 14, 2023, Plaintiff Vanessa A. Hill. ("Plaintiff"), *pro se*, filed the above action against Defendant in the Superior Court for the District of Columbia, Civil Division, under Case No. 2023-CAB-003479. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the Superior Court for the District of Columbia as of this date are attached hereto as **Exhibit A**.

2.      Plaintiff alleges in her *pro se* Complaint that Defendant violated the Americans with Disabilities Act ("ADA") and the Family and Medical Leave Act ("FMLA"). Plaintiff also asserts a state-law claim of breach of contract against Defendant.

## Procedural Posture

3.      Defendant was served on or about September 11, 2023.

4.      This Notice of Removal is timely as it was filed within thirty days after service of the Summons and Complaint. 28 U.S.C. § 1446(b)(2)(B).

## Parties

5.      Plaintiff alleges in her Complaint that she is an individual residing in the District of Columbia.

6.      Defendant is a Georgia corporation with its principal place of business in Georgia.

7.      There are no other defendants or third-parties in this action.

## Jurisdiction and Venue

8.      This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C. § 1332 (Diversity), and is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (b).

9.      This case is removable pursuant to 28 U.S.C. § 1441 because this Court has original jurisdiction over this case under 28 U.S.C. § 1331. Plaintiff's civil action arises under the laws of the United States with alleged violations of the Americans With Disabilities Act of 1990, 42 U.S.C. § 12101, *et. seq.* ("ADA") and the Family and Medical Leave Act of 1993, 29 U.S.C. 2601, *et seq.* ("FMLA").

10.     Regarding Plaintiff's state-law breach of contract claim, this case is additionally removable pursuant to 28 U.S.C. § 1441 because this Court has original jurisdiction over this case under 28 U.S.C. § 1332. There is complete diversity of citizenship among the parties, as Plaintiff is a citizen of the District of Columbia and Defendant is a citizen of Georgia. Further, the amount

in controversy exceeds $75,000. This Court has supplemental jurisdiction over Plaintiff's alleged breach of contract claim under 28 U.S.C. § 1367.

11.    Venue is proper because this District embraces the jurisdiction in which Plaintiff initiated her lawsuit and is where a substantial part of the events or omissions giving rise to the claims occurred based on the allegations in the Complaint.

12.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the District of Columbia, and served along with written notice to Plaintiff. A copy of the Notice to the Clerk of Removal is attached hereto as **Exhibit B**.

13.    No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved to Defendant.

WHEREFORE, Defendant, Xtreme Solutions, Inc., hereby removes the above-captioned action, which is now pending in the Superior Court for the District of Columbia.

DATED this 14th day of September 2023.

Respectfully submitted,

/s/ Alan S. Block_____
Alan S. Block #431010
Kiernan Trebach LLP
1233 20th St. NW
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile:  (202) 712-7100
Email:  ablock@kiernantrebach.com
*Counsel for Defendant Xtreme Solutions, Inc.*

3

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the 14th day of September, 2023, a copy of the foregoing *Notice of Removal* was served via electronic mail and first class mail upon:

Vanessa A. Hill
2966 2nd St., S.E., #21
Washington, D.C. 20020
vhill1231@yahoo.com
*Pro Se*

*/s/ Alan S. Block*_____
Alan S. Block #431010

4